## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RED STICK ACQUISITIONS, LLC<br><br>                      Plaintiff,<br><br>              -v-<br><br>DOUGLAS M. DONAHUE,<br>DALE SIMONDS,<br>DAVID SIMONDS, and<br>KIMBERLY DAIGLE,<br><br>                      Defendants<br>and<br><br>MIDLAND FUNDING LLC,<br>CAPITAL ONE BANK (USA) NATIONAL ASSOCIATION,<br>THE UNITED STATES OF AMERICA, and<br>RIVERWALK HOLDINGS, LTD<br><br>               Parties-in-Interest | CASE NO. 1:21-cv-00276-JDL |

### PLAINTIFF'S NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1, the undersigned counsel for Red Stick Acquisitions, LLC (the "Plaintiff") states that the Plaintiff is a non-governmental limited liability company, and that Stratedge, Inc., a Florida corporation, and Mallard Holdings, LLC, a Louisiana LLC each own 50% of the Plaintiff.

Dated: October 4, 2021

/s/ F. Bruce Sleeper
F. Bruce Sleeper, Esquire
Attorney for Plaintiff Red Stick Acquisitions, LLC

**JENSEN BAIRD GARDNER & HENRY**
Ten Free Street, P.O. Box 4510
Portland, ME  04112-4510
Tel: (207) 775-7271
Fax: (207) 775-7935
bsleeper@jbgh.com